12 So.3d 821 (2009)
Jimmie L. NELSON, Appellant,
v.
STATE of Florida, Appellee.
No. 5D09-160.
District Court of Appeal of Florida, Fifth District.
May 26, 2009.
Jimmie Lee Nelson, Lake Butler, pro se.
Bill McCollum, Attorney General, Tallahassee, and Robin A. Compton, Assistant Attorney General, Daytona Beach, for Appellee.
PER CURIAM.
AFFIRMED. See Elliott v. State, 9 So.3d 660 (Fla. 5th DCA 2009).
SAWAYA and MONACO, JJ., and COBB, W., Senior Judge, concur.